- 1 -

1  Your Name: Daniel Worthen
2  Address: mailing Address 910 D st. san Rafael ca 94901
3  Phone Number: 415 419-7476
4  Fax Number:
5  E-mail Address: DanielWorthenlawsuite@gmail.com
6  Pro Se Plaintiff Daniel Worthen

FILED
JUN 21 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Daniel Worthen

Case Number  CV22-3627  *[leave blank]*

Plaintiff,

vs.

Municipal corporation of sausalito

COMPLAINT
violation 42 U.S.C. 1983

DEMAND FOR JURY TRIAL
Yes ☒ No ☐

Defendant.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Daniel Charles Worthen
Address: 910 D st. San Rafael, CA. 94901
Telephone: 415) 419-7476

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

-2-

1    2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Municipal corporation "City of Sausalito"

Address: 420 Litho Street, Sausalito CA, 94965

Telephone: _____

Defendant 2:

Name: City Manager Chris Zapata

Address: 420 Litho Street, Sausalito, CA 94965

Telephone: _____

Defendant 3:

Name: Police Lieutenant Stacie Gregory

Address: 29 Caledonia Street, Sausalito CA 94965

Telephone: _____

Defendant 3:

Name: Edgar Padilla, Police Officer

Address: 29 Caledonia Street, Sausalito CA 94965

☐ Personal ☑ Official ☑

☐ Marin Housing Authority
4020 Civic Center drive CA, 94903

Chief John Rohrbacher
29, Caledonia Street, Sausalito CA, 94965

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: URBAN Alchemy
Address: 1035 Market Street, Suite 150, San Francisco CA 94103
Telephone: _____

Defendant 2:
Name: Nick White
Address: 24 Caledonia Street, Sausalito CA 94965
Telephone: _____

Defendant 3:
Name: DOES 1-10 Inclusive
Address: N/A
Telephone: N/A

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   ☒ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   ☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in <u>Marin County</u> County, it should be assigned to the <u>San Francisco, Oakland</u> Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1. have been a resident of the Marinship - Homeless Camp in Sausalito. I was put into a Hotel by the Downtown Streets, I was told that I would be living at Hotel until I got permanent Housing. However- Marin Housing

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

Authority has denied my Aplication for Housing — And my Hotel stay is Terminated. On June 16th I called Lt. Stacie Gregory, said I was not Allowed to return the the Marinship Homeless Camp in Sausalito — She offered No Alternative shelter, nor would they utilize their emergency Fund to place me in a Hotel — or even give a tent or emergency.

So while living at the Marinship Homeless encampment, I was Becoming Concerned — About escalating violence occuring there — And there was a couple Big Guys that would Bully much smaller individuals — and After witnessing this violence, I went to Sausalito Police Dept. to mention "it might be a good idea to keep an watchful eye on the residents at the Marinship Homeless Camp. — like the Big guy Jesse who

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

[Copy this page and insert it where you need additional space.]

___. passed away - one night he beat up my buddy Colin - who is just a little guy - Jesse is at least double his weight / almost twice as tall - so I spoke with officer White and Padilla, the very first out of my mouth was "I do not want to get anyone in trouble", tho I wanted to "Bring this to their attention - Because of the elders and children staying at Marinship - Homeless Camp - So because of this, and right after I went and spoke with ~~~~~ White & Padilla what they did about my statements was nothing less than wreckless — endangerment to my own personal safety — Because the turned right ___ around and went over to Marinship Homeless Camp and told certain individuals there what I just told them in confidence — And suddenly because of that, people began to turn against "calling me a ___ police informant - or 'Rat'", And since then I have recieved many off hand threats — Those officers

-4-

caused me problems - even endangered my personal safety - And All peace - Because people at the camp started to talk bad about me. Those police officers knew what they were doing - They knew it would most likely create and cause me problems with those individuals I spoke of. And it certainly has - Jesse Mann And Rudy Wyatt Both threatened me on several occasions - And Rudy Wyatt has taken it upon hisself to slander/bad mouth me to every- one who knows me, Running Around saying I'm a pedophile, And a police informant And there's been on- going Troubles because of my initial contact with with officers White & padilla - And my friend Shorlie Froburg Told me, Her daughters Boyfriend is Best friends with Officer padilla, who has on several occasion told people information - Confidential information About me Daniel Wartham And my Arrest Record

//
//

*[Insert this page if you need extra space. Number each paragraph.]*

1. But that "I am a pedophile or police informant — that some one might kill me", to where Sharlie was concerned for her own safety hanging around — Due to all the rumors and other gossip spoken about.

2. So I know that Sausalito police went out of their way to cause personal trouble, they suggested to me that I ought to move out of Sausalito — They actually put my life in danger, I have recieve many threats around Marin — And since, suddenly I do not have any friends all because of the propaganda the police officers helped create —

3. No police officer is ever suppose to speak about individuals past case or arrest history — regardless if those they speak with are family & friends That's a breach of professional contract as police officers and a state created

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____ ; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

-4-

1  Danger, under Kennedy vs. Ridgefield
2  , 439 F.3D 1055

26  //
27  //
28

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

## CAUSES OF ACTION

*To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).*

### First Cause of Action

### Violation 42 USC 1983, 1st Amendment of US Constitution

Whereas the First Amendment States *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."*

Defendants have violated my First Amendment Rights by the following actions

Defendant Edgar Padilla violated m— And officer White Did Knowingly violate my Right To privacy Confidentiality ~ .

Also All Defendants violated my First Amendent Rights to Live in Sausalito which is my community

COMPLAINT That I Associate with.

### Second Cause of Action

### Violation 42 USC 1983, 4th Amendment

Whereas the 4th Amendment of the United States Constitution states: *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

Defendants have violated my 4th Amendment Rights by the following actions

Defendants Edgar Padilla and Nick White violated my fourth Amendment right Bodily integrity by spreading rumors likely to cause violence against me, All Defendants violated my fourth Amendments Rights to live at the Marinship Homeless Camp to shelter my Body from the natural elements and specifically Covid-19

COMPLAINT

### Third Cause of Action

### Violation 42 USC 1983, 5th Amendment

Whereas the 5th Amendment of the United States Constitution States *"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."*

Defendants have violated my 5th amendment rights by the following actions:

All Defendants violated my Rights to Due process of Law, by putting me in Danger without Any Due process.

### Fourth Cause of Action

### Violation 42 USC 1983, 8th Amendment

Whereas the 8th Amendment of the United States Constution States *"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted."*

Defendants have violated my Eighth Amendment rights by the following actions:

They Are subjecting me to cruel punishment by putting my life in Danger — possible vigilante's and covid-19 — other dangers.

COMPLAINT

### Fifth Cause of Action

### Violation 42 USC 1983, 9th Amendment

Whereas the 9th Amendment of the United States Constitution states *"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."*

Defendants have violated my unenumerated rights which I retain has a human being which are the following: They are violating my Human Rights to survive and live in peace — safely.

### Sixth Cause of Action

### Violation 42 USC 1983, 14th Amendment

Whereas Section I of the 14th Amendment of the United States Consitution states *"All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

Defendants have violated my 14th amendment rights in the following ways. They are descrimating against due to my previous Arrest record — one that Clean Slate is suppose to Ajust —

COMPLAINT

### Seventh Cause of Action

### Violation 42 USC 1983, Monell Claim

Whereas under the Monell Doctrine spelled out in *Monell v. Department of Social Services of the City of New York (436 U.S. 658 (1978))* a government corporation can only be sued under 42 USC 1983 if a civil rights violation is part of a policy or practice of the government corporation. Here a Monel claim is a cause of action because defendants violated my rights under the following policies and practices of defendants:

denial of my return to Sausalito is a official policy of the city of Sausalito — to destroy the encampment by getting rid of me and others.

### Eighth Cause of Action

### 42 USC 1985, Conspiracy To Deprive me of my civil rights

Whereas 42 USC 1985 holds entities accountable when two or more people to conspire to deprive persons of their civil rights, the following actions of defendants show the violation of my rights was part of a conspiracy

All Defendants are working in conspiracy to remove me from Sausalito and violate my civil Rights as stated above

COMPLAINT

- 4 -

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

I request A emergency Hotel voucher until I get perminate Housing And I demand A restraining order against Sausalito police Dept. of All Harassment and slander and descrimination And further that all law enforcement Agencies in Marin, And Limited to The Sausalito police Dept. to NOT Harrasse, intimate or unwarrented search and seizure and to treat me no differently than any other citizen of Marin County.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 6-17-22   Sign Name: Daniel Worthen

Print Name: _____

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*