**Extremely Urgent**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Exp
UPS 2nd Day Air®

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Apply shipping documents on th

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to lea about our Print & Business S



RECEIVED
JUN 21 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SHIP TO:
DIST. OF NOR CAL
UNITED STATES COURT
FL 16
450 GOLDEN AVE
SAN FRANCISCO CA 94102
CA 941 9-

ROGER CAMBEL POWELSON
(415) 847-7500
THE UPS STORE #2464
936 7TH ST
STE B
NOVATO CA 94945-3010

UPS NEXT DAY AIR
TRACKING #: 1Z 892 E64 01 9147 4056

US ATTORNEY'S OFFICE
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

P: 3BLUE    S: BACK
415 — 1053    4056
1Z892E64019147        1030
US 9411    CA5RN70GUDC   JUN 21  05:01:22 2022
MFM7DLL    HIP 22.3.0    2P4505

U.S. MARSHALS SERVICE
JUN 21 2022
INSPECTED BY

The UPS Store
Print & Business Services

UPS Express Envelope