United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL CHARLES WORTHEN,

    Plaintiff,

    v.

MUNICIPAL CORPORATION OF SAUSALITO, et al.,

    Defendants.

Case No. 22-cv-03627-RS

**REFERRAL FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Edward M. Chen for a determination as to whether it is related within the meaning of the rule to *Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito, et al.*, 21-1143 EMC.

**IT IS SO ORDERED**.

Dated: June 21, 2022

_____
RICHARD SEEBORG
Chief United States District Judge