1  Your name: Daniel C. Worthen
2  Address: 910 D St. San Rafael
3  CA. 94901
4  Phone Number: 415 419-7476
5  E-mail Address: dc1366904@gmail.com
6  Pro se Plaintiff

"SEND TO: 1775 FRANCISCO BLVD SAN RAFAEL CA 94901"

FILED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| DANIEL WORTHEN | Case Number: 3:22-CV-03627-EMC |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF [check one] |
| vs. | ☑ THIS ENTIRE CASE |
| City of Sausalito et al | ☐ ONLY DEFENDANT [name] |
|  | without Prejudice |
| Defendant. | Hon. Edward Chen |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant [name] _____

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 9-17-22     Sign Name: Daniel Worthen
                  Print Name: Daniel Worthen

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____ [JDC TEMPLATE]

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: **Daniel Worthen** v. **City of Sausalito et al**

2. Case Number: **3:22-CV-03627-EMC**

3. What documents were served?

   Notice of Voluntary Dismissal

4. How was the document served? *[check one]*
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   Clerk of The City of Sausalito   420 Litho Street
   Sausalito CA 94965
   URBAN ALCHEMY Headquarters   1035 Market St Suite 150
   SAN FRANCISCO CA 94103

6. When were the documents sent? 3pm September 17th

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Robert Powelson*
   Name: Robert Powelson
   Address: 1001 Bridgeway Sausalito, CA 94965

CERTIFICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*

Date: September 22, 2022

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA





Robbie Powelson
1001 Bridgeway
Sausalito
94965

SAN FRANCISCO CA 940
17 SEP 2022 PM

Clerk of Court
450 Golden Gate Ave
San Francisco, CA
94102
16th Floor

94102
D. Warner

CERTIFIED MAIL
7022 0410 0000 0833 1599

RECEIVED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-343210

U.S. POSTAGE PAID
FCM LETTER
SAN FRANCISCO, CA
94118
SEP 17, 22
AMOUNT
$4.60
R2304W120330
-15